# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:11cv209

| | |
|---|---|
| RUBBERMAID INCORPORATED D/B/A RUBBERMAID MEDICAL SOLUTIONS,<br><br>Plaintiff,<br>Vs.<br><br>ENOVATEIT, LLC,<br><br>Defendant. | FINAL CONSENT JUDGMENT |

The Parties, having informed the Court that they have reached an agreement with respect to a full and final compromise and settlement of all matters and all causes of action related to the above-captioned lawsuit, and having requested entry of this Final Consent Judgment; and it appearing to the Court that the entry of this Final Consent Judgment is warranted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. Rubbermaid Incorporated d/b/a Rubbermaid Medical Solutions ("Rubbermaid Medical") is a corporation organized and existing under the laws of the State of Ohio, having a principal place of business at 8935 North Pointe Executive Park Drive, Huntersville, NC 28078;

2. EnovateIT, LLC ("Enovate") is a limited liability company organized and existing under the laws of the State of Michigan, having a principal place of

business at 7820 North Lilley Road, Canton, Michigan 48187;

3. On April 28, 2011, Rubbermaid Medical brought claims against Enovate for infringement of U.S. Patent No. 7,594,668 ("the '668 Patent");

4. Rubbermaid Medical is the owner by assignment of all rights, title, and interest in and to the '668 Patent;

5. By the signature of its counsel below, Enovate has made a general appearance in this lawsuit, expressly waives formal service of process, and submits to the jurisdiction of this Court;

6. This Court has jurisdiction over these parties and the subject matter herein, and venue is proper in this judicial district;

7. The '668 Patent is valid and enforceable; and

8. Enovate and its officers, agents, servants, employees, and those persons in active concert or participation with Enovate are permanently enjoined from directly and indirectly making, using, offering to sell, or selling within the United States or importing into the United States the Enovate LCD Medication Cart products licensed under the terms of the parties' settlement agreement, except as set forth in the parties' settlement agreement.

**IT IS SO ORDERED.**

The Clerk is directed to send a copy of this Order to all counsel of record and to terminate this matter.

Signed: October 25, 2011

Max O. Cogburn Jr.
United States District Judge